1  BENJAMIN B. WAGNER
   United States Attorney
2  DONNA L. CALVERT
   Acting Regional Chief Counsel, Region IX
3  Social Security Administration
   PATRICK WILLIAM SNYDER, CSBN 260690
4  Special Assistant United States Attorney

5     333 Market Street, Suite 1500
      San Francisco, California 94105
6     Telephone:  (415) 977-8927
      Facsimile:  (415) 744-0134
7     E-Mail: Patrick.Snyder@ssa.gov

8  Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO

| | |
|---|---|
| KEVIN VOUA LEE, | CIVIL NO. 1:11-cv-01789-GSA |
| Plaintiff, | |
| v. | **STIPULATION FOR EXTENSION OF TIME AND PROPOSED ORDER** |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have an extension of time of 14 days to respond to Plaintiff's Complaint up to and including March 21, 2012.  The response is currently due on March 7, 2012.  This extension is being sought because the Commissioner needs further time to prepare the response to the Complaint.  This is the Commissioner's first extension request.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

| | |
|---|---|
| Dated: March 7, 2012 | */s/ Young Chul Cho* |
| | _____ |
| | YOUNG CHUL CHO |
| | (as authorized via telephone on March 7, 2012) |
| | Attorney at Law |
| | Attorney for Plaintiff |
| | |
| Dated: March 7, 2012 | BENJAMIN B. WAGNER |
| | United States Attorney |
| | DONNA L. CALVERT |
| | Acting Regional Chief Counsel, Region IX |
| | Social Security Administration |
| By: | |
| | */s/ Patrick William Snyder* |
| | _____ |
| | PATRICK WILLIAM SNYDER |
| | Special Assistant U.S. Attorney |
| | Attorneys for Defendant |

**ORDER**

Upon a review of the stipulation, the request for an extension of time is granted.  Defendant shall file the administrative record no later than March 21, 2012.

IT IS SO ORDERED.

Dated:   **March 9, 2012**            **/s/ Gary S. Austin**
                                      UNITED STATES MAGISTRATE JUDGE