```
BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration
PATRICK WILLIAM SNYDER, CSBN 260690
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8927
    Facsimile: (415) 744-0134
    E-Mail: Patrick.Snyder@ssa.gov

Attorneys for Defendant
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO

| | |
|---|---|
| KEVIN VOUA LEE,<br><br>　　Plaintiff,<br><br>　　v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>　　Defendant. | CIVIL NO. 1:11-cv-01789-GSA<br><br>**STIPULATION FOR EXTENSION OF TIME AND PROPOSED ORDER** |

The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have an extension of time of 14 days to respond to Plaintiff's Complaint up to and including March 21, 2012. The response is currently due on March 7, 2012. This extension is being sought because the Commissioner needs further time to prepare the response to the Complaint. This is the Commissioner's first extension request.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

　　　　　　　　　　　　　　　　Respectfully submitted,

| | |
|---|---|
| Dated: March 7, 2012 | /s/ Young Chul Cho |
| | _____ |
| | YOUNG CHUL CHO |
| | (as authorized via telephone on March 7, 2012) |
| | Attorney at Law |
| | Attorney for Plaintiff |
| | |
| Dated: March 7, 2012 | BENJAMIN B. WAGNER |
| | United States Attorney |
| | DONNA L. CALVERT |
| | Acting Regional Chief Counsel, Region IX |
| | Social Security Administration |
| By: | |
| | /s/ Patrick William Snyder |
| | _____ |
| | PATRICK WILLIAM SNYDER |
| | Special Assistant U.S. Attorney |
| | Attorneys for Defendant |

**ORDER**

Upon a review of the stipulation, the request for an extension of time is granted. Defendant shall file the administrative record no later than March 21, 2012.

IT IS SO ORDERED.

Dated: __**March 9, 2012**__          _____/s/ **Gary S. Austin**_____
                                              UNITED STATES MAGISTRATE JUDGE