1  BENJAMIN B. WAGNER
   United States Attorney
2  DONNA L. CALVERT
   Acting Regional Chief Counsel, Region IX
3  Social Security Administration
   PATRICK WILLIAM SNYDER, CSBN 260690
4  Special Assistant United States Attorney

5
        160 Spear Street, Suite 800
6       San Francisco, California 94105
        Telephone:  (415) 977-8927
7       Facsimile:  (415) 744-0134
        E-Mail: Patrick.Snyder@ssa.gov
8
   Attorneys for Defendant
9
                    UNITED STATES DISTRICT COURT
10
                   EASTERN DISTRICT OF CALIFORNIA
11
                              FRESNO
12

13
   KEVIN VOUA LEE,                    )
14                                     )    CIVIL NO. 1:11-cv-01789 GSA
        Plaintiff,                     )
15                                     )
             v.                        )    **STIPULATION FOR EXTENSION OF**
16                                     )    **TIME AND ORDER**
   MICHAEL J. ASTRUE,                  )
17  Commissioner of                    )
   Social Security,                    )
18                                     )
        Defendant.                     )
19  _____  )

20

21      The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the

22  attached Order, that Defendant shall have an extension of time of 30 days to respond to Plaintiff's

23  Opening Brief up to and including August 17, 2012.  This extension is being sought because of the

24  unavoidable transfer of assignments from other attorneys and workload issues, including three pending

25  Ninth Circuit Briefs and over a dozen district court filings due in July and August.

26  //

27  //

1    The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

2                                                    Respectfully submitted,

3
     Dated: July 17, 2012                            */s/ Young Cho*
4                                                    _____
5                                                    YOUNG CHO
                                                     (as authorized via email on July 17, 2012)
                                                     Attorney at Law
6                                                    Attorney for Plaintiff

7
     Dated: July 18, 2012                            BENJAMIN B. WAGNER
8                                                    United States Attorney
                                                     DONNA L. CALVERT
9                                                    Acting Regional Chief Counsel, Region IX
                                                     Social Security Administration
10

11                                          By:
                                                     */s/ Patrick William Snyder*
12                                                   _____
                                                     PATRICK WILLIAM SNYDER
13                                                   Special Assistant U.S. Attorney
                                                     Attorneys for Defendant
14

15                                          **ORDER**

16           IT IS SO ORDERED.

17        **Dated:   July 18, 2012**            _____/s/ **Gary S. Austin**_____
18                                                   UNITED STATES MAGISTRATE JUDGE

19

20

21

22

23

24

25

26

27