```
BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration
PATRICK WILLIAM SNYDER, CSBN 260690
Special Assistant United States Attorney

        160 Spear Street, Suite 800
        San Francisco, California 94105
        Telephone:  (415) 977-8927
        Facsimile:  (415) 744-0134
        E-Mail: Patrick.Snyder@ssa.gov

Attorneys for Defendant
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO

| | |
|---|---|
| KEVIN VOUA LEE,<br><br>        Plaintiff,<br><br>            v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>        Defendant. | CIVIL NO. 1:11-cv-01789 GSA<br><br>**STIPULATION FOR EXTENSION OF TIME AND ORDER** |

The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have an extension of time of 30 days to respond to Plaintiff's Opening Brief up to and including August 17, 2012.  This extension is being sought because of the unavoidable transfer of assignments from other attorneys and workload issues, including three pending Ninth Circuit Briefs and over a dozen district court filings due in July and August.

//

//

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: July 17, 2012

*/s/ Young Cho*
_____
YOUNG CHO
(as authorized via email on July 17, 2012)
Attorney at Law
Attorney for Plaintiff

Dated: July 18, 2012

BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration

By:

*/s/ Patrick William Snyder*
_____
PATRICK WILLIAM SNYDER
Special Assistant U.S. Attorney
Attorneys for Defendant

**ORDER**

IT IS SO ORDERED.

Dated:  **July 18, 2012**          **/s/ Gary S. Austin**
                                   UNITED STATES MAGISTRATE JUDGE