Young Cho
Attorney at Law: 189870
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-8868
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Kevin Voua Lee

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KEVIN VOUA LEE, | Case No.: 1:11-cv-01789-GSA |
| Plaintiff, | STIPULATION AND ORDER FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

TO THE HONORABLE GARY S. AUSTIN, MAGISTRATE JUDGE OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Kevin Voua Lee be awarded attorney fees and expenses in the amount of three thousand five hundred dollars ($3,500.00) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d).  This amount represents compensation for all legal services rendered on

behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920; 2412(d).

After the Court issues an order for EAJA fees to Kevin Voua Lee, the government will consider the matter of Kevin Voua Lee's assignment of EAJA fees to Young Cho.  Pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521, 2529 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program.  After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

Fees shall be made payable to Kevin Voua Lee, but if the Department of the Treasury determines that Kevin Voua Lee does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to Law Offices of Lawrence D. Rohlfing, pursuant to the assignment executed by Kevin Voua Lee.  Any payments made shall be delivered to Young Cho.

This stipulation constitutes a compromise settlement of Kevin Voua Lee's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise.  Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Kevin Voua Lee and/or Young Cho including Law Offices of Lawrence D. Rohlfing may have relating to EAJA attorney fees in connection with this action.

///
///
///
///
///

This award is without prejudice to the rights of Young Cho and/or the Law Offices of Lawrence D. Rohlfing to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

DATE: December 11, 2012     Respectfully submitted,

                            LAW OFFICES OF LAWRENCE D. ROHLFING

                            /s/ *Young Cho*
                BY:_____
                    Young Cho
                    Attorney for plaintiff Kevin Voua Lee

DATE: December 11, 2012     BENJAMIN B. WAGNER
                                    United States Attorney

                                  /s/ *Patrick W. Snyder*
                                _____
                                Patrick W. Snyder
                                Special Assistant United States Attorney
                                Attorneys for Defendant Michael J. Astrue,
                                Commissioner of Social Security
                                (Per e-mail authorization)

**ORDER**

Approved and so ordered. Upon a review of the stipulation, Plaintiff's counsel shall be awarded attorney fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), in the amount of THREE THOUSAND FIVE HUNDRED dollars and 00/100 cents ($3,500.00). This amount should be payable to Plaintiff pursuant to *Astrue v. Ratliff*, 130 S. Ct. 2521 (2010) as set forth above.

IT IS SO ORDERED.

Dated: **December 13, 2012**         /s/ Gary S. Austin
                                                          UNITED STATES MAGISTRATE JUDGE